WEST VIRGINIA PULP AND PAPER COMPANY, Plaintiff, v. A. D. LEWIS, as President of District 50, United Mine Workers of America, et al., Respondents, and VICTOR F. GIULIANELLI, Individually and as President of Local Union 12915, District 50 United Mine Workers of America, and also as President of the Organizing Committee of Employees of the Mill of West Virginia Pulp and Paper Company at Mechanicville, New York, et al., Appellants.— Defendants-appellants appeal from the final judgment and order of the Supreme Court in an action in interpleader brought by the plaintiff pursuant to section

285 of the Civil Practice Act, whereby it was adjudged that the defendants-respondents were entitled to receive the sum of $27,572.50 moneys on deposit with the Treasurer of the County of Saratoga. The judgment and orders are unanimously affirmed upon the opinion of Mr. Justice HUGHES in the court below (17 Misc 2d 94), without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.